

# Fourth Court of Appeals
## San Antonio, Texas

March 6, 2019

No. 04-17-00514-CV

Judith Ann **MIEARS** and Patricia Anderson,
Appellants

v.

Jean **MCPHERSON**,
Appellee

From the 25th Judicial District Court, Guadalupe County, Texas
Trial Court No. 13-0659-CV-A
Honorable Jessica Crawford, Judge Presiding

# O R D E R

Sitting:      Sandee Bryan Marion, Chief Justice
Rebeca C. Martinez, Justice
Patricia O. Alvarez, Justice
Luz Elena D. Chapa, Justice
Irene Rios, Justice
Beth Watkins, Justice
Liza A. Rodriguez, Justice

The en banc court has considered Appellants' motion for en banc reconsideration. The motion is DENIED. *See* TEX. R. APP. P. 49.7.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 6th day of March, 2019.

_____
KEITH E. HOTTLE,
Clerk of Court